GILBERT R. GAUVIN *v.* ESTATE OF RAYMOND O.
GAUVIN
(AC 16484)

O'Connell, C. J., and Foti and Daly, Js.

Argued January 13—officially released February 3, 1998

Per Curiam. The judgment is affirmed.

JOAO RAFAEL *v.* ANTONIO VINCENTE ET AL.
(AC 16812)

Foti, Sullivan and Dupont, Js.

Argued January 15—officially released February 3, 1998

Per Curiam. The judgment is affirmed.

MARVIN E. WOODARD *v.* COMMISSIONER OF
CORRECTION
(AC 16465)

O'Connell, C. J., and Hennessy and Dupont, Js.

Argued January 21—officially released February 10, 1998

Per Curiam. The appeal is dismissed.